# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE ANDREW MORGAN,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>STATE FARM MUTUAL  )<br>AUTOMOBILE INSURANCE COMPANY,  )<br>  )<br>Defendant.  ) | Case No. CIV-17-622-D |

## JUDGMENT

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, judgment is hereby entered in favor of Defendant and against Plaintiff.

**ENTERED** this 28th day of March, 2019.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE