UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

1) GEORGE ANDREW MORGAN,

    Plaintiff,

vs.

1) STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

Case No. 5:17-cv-00622-D

## NOTICE OF APPEAL

    Notice is hereby given that George Andrew Morgan, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from a Judgment [Doc. 43] granting Defendant's Motion for Summary Judgment [Doc. 20] entered in this action on the 28th day of March, 2019.

    *s/Mark E. Bialick*
    Mark E. Bialick, OBA #771
    R. Ryan Deligans, OBA #19793
    Durbin, Larimore & Bialick
    920 North Harvey
    Oklahoma City, OK 73102-2610
    Telephone: (405) 235-9584
    Facsimile: (405) 235-0551
    dlb@dlb.net
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

☒I hereby certify that on April 23, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
Galen L. Brittingham, OBA #12226
Atkinson, Haskins, Nellis,
Brittingham, Gladd & Fiasco, P.C.
1500 ParkCentre
525 S Main
Tulsa, OK 74103
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
jgladd@ahn-law.com
jbrown@ahn-law.com
gbrittingham@ahn-law.com
Attorneys for Defendant

*s/Mark E. Bialick*
Mark E. Bialick

9998.0197\#17845011v1<OKC> -Notice of 10th Circuit Appeal