UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE ANDREW MORGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 5:17-cv-00622-D |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiff, George Andrew Morgan, and Defendant, State Farm Mutual Automobile Insurance Company, (hereinafter jointly referred to as "the parties"), by and through their respective attorneys of record, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties therefore submit that this matter is concluded and respectfully request this Court enter an administrative closing order as necessary.

Respectfully submitted by:

*s/R. Ryan Deligans*
Mark E. Bialick, OBA #771
R. Ryan Deligans, OBA #19793
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
meb@dlb.net; rdeligans@dlb.net
Attorneys for Plaintiff

*s/John S. Gladd*
John S. Gladd, OBA #12307
Galen L. Brittingham, OBA #12226
J. Andrew Brown, OBA #22504
Atkinson, Brittingham, Gladd,
Fiasco, Edmonds & Annis, P.C.
1500 ParkCentre
525 S Main
Tulsa, OK 74103
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
jgladd@abg-oklaw.com
gbrittingham@abg-oklaw.com
dbrown@abg-oklaw.com
Attorneys for Defendant
*Signed by filing attorney with permission*